UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14043-CR-MOORE/LYNCH(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL A. ACCARDO,

    Defendant.

_____/

FILED by _____ D.C.

AUG 27 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION

**THIS CAUSE** having come on to be heard upon the psychiatric evaluation previously ordered by this Court and this Court having reviewed the Psychological Evaluation dated August 19, 2008 by Dr. Michael P. Brannon, Licensed Psychologist retained by the Defendant, and this Court having conducted a hearing on August 27, 2008, recommends to the District Court as follows:

    1.    The Defendant previously requested a psychiatric evaluation in this matter. This Court granted the motion and entered an Order on July 31, 2008, appointing Dr. Brannon pursuant to the Defendant's request. Dr. Brannon was to perform a competency and sanity evaluation of the Defendant, which he has done.

    2.    This Court has received a copy of Dr. Brannon's report. The original has not yet been received. This Court directed counsel for the Defendant to obtain the original from Dr. Brannon, even though this Court's previous Order of July 31, 2008, directed Dr. Brannon to forward the original to the Court. This Court further directed counsel for the Defendant to then provide the original directly to the Court for filing under seal.

3. This Court conducted a hearing on August 27, 2008. Counsel for the Defendant acknowledged that she has received the report and has reviewed it. The Defendant was present at this hearing. Further, counsel for the Defendant stated that she has no information, evidence or other argument in opposition to the findings set forth by Dr. Brannon in the report.

4. The substance of Dr. Brannon's findings are that the Defendant is competent to proceed to trial. The basis for Dr. Brannon's forensic opinion is the absence of any major mental disorder, mental retardation or gross neurological deficits. Dr. Brannon's report goes on to state that the Defendant was able to demonstrate an adequate factual knowledge and rational appreciation of the required legal criteria.

5. In regards to the issue of sanity at the time of the offense, Dr. Brannon's report states that the Defendant did not meet the legal criteria for insanity at the time of the alleged offense. Dr. Brannon states that the basis for his forensic opinion is the absence of any major mental disease, defect or infirmity at the time of the alleged offense. Dr. Brannon goes on to state that the Defendant was therefore able to appreciate the nature, possible consequences and wrongfulness of his actions on the date of the alleged offense.

6. Based upon the fact that the Defendant has no information, evidence or argument in opposition to Dr. Brannon's findings as related in his report and recited briefly herein, this Court recommends to the District Court that the Defendant be found to be competent to proceed to trial and competent at the time of the offense alleged in the Indictment.

7. Any delays in respect to time periods in this matter are not to be attributed to the government since the Defendant specifically requested a psychiatric evaluation as

noted by this Court's Order of July 31, 2008. Based upon Dr. Brannon's findings and conclusions, this Court conducted an arraignment on August 27, 2008, at the conclusion of the status hearing concerning the psychiatric evaluation of Dr. Brannon in respect to this Defendant. Therefore, this matter is now ready to proceed to trial.

**ACCORDINGLY,** this Court recommends to the District Court that the forensic report and analysis conducted by Dr. Brannon, Licensed Psychologist retained by the Defendant, pursuant to this Court's Order be ACCEPTED and that the findings of Dr. Brannon as set forth in the report by ADOPTED.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to try this case.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Northern Division of the Southern District of Florida, this 27th day of August, 2008.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Jennifer Millien
AFPD Robin Rosen-Evans