UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14043-CR-MOORE

**UNITED STATES OF AMERICA,**

       Plaintiff(s),

vs.

**MICHAEL A. ACCARDO,**
**#76057-004,**

       Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation (D.E. #24) on Defendant's psychiatric evaluation. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued August 27, 2008 is hereby **ADOPTED.**

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of September, 2008.

                                              K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record