UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14043-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

MICHAEL A. ACCARDO,
#76057-004,

    Defendant(s).
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued November 12, 2008 [37]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Michael A. Accardo is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of December, 2008.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record